■ PHILLIP BEIGEL et al., Appellants, v RAPHAEL COHEN et al., Respondents, et al., Defendants.—

CPLR 3217 (b) permits the court to grant a motion for voluntary discontinuance "upon terms and conditions, as the court deems proper." Determination of such a motion is in the court's sound discretion *(Tucker v Tucker,* 55 NY2d 378, 383) and it was not an abuse of discretion to condition plaintiffs' relief on their payment of defendants' legal fees, costs, and disbursements under the circumstances of this case. Concur— Kupferman, J. P., Carro, Milonas, Ellerin and Rubin, JJ.